UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE COTE

06 CV 3745

| Plaintiff CUSTOM METALCRAFTERS & ERECTORS CORPORATION, | Case No. |
|---|---|
| -v- | |
| Defendant LOCAL UNION 580 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNA- MENTAL AND REINFORCING IRONWORKERS | Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFFS (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE



RECEIVED
MAY 1 6 2006
U.S.D.C. S.D. N.Y.
CASHIERS

Date: 05/16/06

Signature of Attorney

Attorney Bar Code: JEC 5312

Form Rule7_1.pdf